# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-21-258-G |
| ) | |
| RAYMOND BRADLEY PEARCE, ) | |
| a/k/a Brad Pearce, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now before the Court is the Government's Motion to Unseal Indictment (Doc. No. 7). The Motion states that Defendant Jason M. Hines was arrested on June 28, 2022, and the Government requests that the Indictment be unsealed in anticipation of Defendant Hines' initial appearance and arraignment in the United States District Court for the District of New Jersey. The Motion (Doc. No. 7) is GRANTED, and the Indictment (Doc. No. 1) is hereby unsealed.

IT IS SO ORDERED this 28th day of June, 2022.

_____
CHARLES B. GOODWIN
United States District Judge